MOORE LAW FIRM, P.C.
TANYA E. MOORE, ESQ. (SBN 206683)
332 North Second Street
San Jose, CA 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: *Tanya@moorelawfirm.com*

Attorneys for Plaintiff
RONALD MOORE

JACKSON LEWIS P.C.
ROBERT J. SCHNACK (SBN 191987)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: *SchnackR@jacksonlewis.com*

Attorneys for Defendant
LESLIE'S POOLMART, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>       v.<br><br>MONETARY MANAGEMENT OF CALIFORNIA, INC., dba MONEY MART; LESLIE'S POOLMART, INC.;<br><br>            Defendants. | CASE NO. 1:15-CV-00406---SMS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT LESLIE'S POOLMART, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER THEREON**<br><br>Complaint Filed:   03.13.15<br>Trial Date:            None Set |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 144(a) of the Local Rules of the United States District Court – Eastern District of California and Fed.R.Civ.P. 6, by and between Plaintiff RONALD MOORE ("Plaintiff") and Defendant LESLIE'S POOLMART, INC. ("Defendant"), through their respective counsel of record, as follows: To accommodate scheduling conflicts and to explore the possibility of pre-litigation settlement talks, Defendant may respond to Plaintiff's Complaint Asserting Denial of Right of Access Under Americans with

Disabilities Act for Injunctive Relief, Declaratory Relief, Damages, Attorneys' Fees and Costs (ADA) on or before May 15, 2015.

Dated:  April 3, 2015                              MOORE LAW FIRM, P.C.


By: /s/ *Tanya E. Moore* - As authorized on 4/3/2015
    Tanya E. Moore

Attorneys for Plaintiff
RONALD MOORE


Dated:  April 3, 2015                              JACKSON LEWIS P.C.


By: /s/ *Robert J. Schnack*
    Robert J. Schnack

Attorneys for Defendant
LESLIE'S POOLMART, INC.


## **ORDER**

**IT IS SO ORDERED** in accordance with the foregoing stipulation of the parties.

DATED:  4/6/2015                              /s/ SANDRA M . SNYDER
                                              UNITED STATES MAGISTRATE JUDGE