1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                      EASTERN DISTRICT OF CALIFORNIA

8

9   RONALD MOORE,                          No. 1:15-cv-00406-GEB-SMS

10              Plaintiff,

11       v.                                **ORDER RE: SETTLEMENT AND
                                           DISPOSITION**
12  MONETARY MANAGEMENT OF
    CALIFORNIA, INC., dba MONEY
13  MART; LESLIE'S POOLMART,
    INC.,
14
               Defendants.
15

16

17          Plaintiff filed a "Notice of Settlement of Entire

18  Action" on October 28, 2015, in which he states that he "has

19  settled the above-captioned matter with the remaining Defendant

20  Leslie's Poolmart, Inc.[,]" and "requests that he be given to and

21  including November 27, 2015 to file the dispositional documents

22  in order to afford the Parties time to complete the settlement." [1]

23  (Notice of Settlement, ECF No. 24.)

24          Therefore, a dispositional document shall be filed no

25  later than November 27, 2015. Failure to respond by this deadline

26  may be construed as consent to dismissal of this action without

27
    ────────────────────
28  [1]    Plaintiff filed a Notice of Settlement as to Defendant Monetary
    Management of California, Inc. on October 27, 2015. (ECF No. 23.)

                                     1

1  prejudice, and a dismissal order could be filed.  <u>See</u> E.D. Cal.

2  R. 160(b) ("A failure to file dispositional papers on the date

3  prescribed by the Court may be grounds for sanctions.").

4          IT IS SO ORDERED.

5  Dated:  October 30, 2015

6

7

8                                    GARLAND E. BURRELL, JR.
                                     Senior United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28